UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re<br>Cydney G. Hubbard,<br>       Debtor. | Chapter 7<br>Case No.: 10-29785-svk |

## ORDER TO PETITION PREPARER TO REFUND FEES

      A hearing was held on July 26, 2010 in response to the Court's show cause order to petition preparer Jennifer Abbott, as to why her fees for preparing the above Debtor's petition should not be determined excessive and unreasonable. The Debtor appeared, but Ms. Abbott did not appear. Based on the Debtor's testimony and on the entire file in this case,

      IT IS THEREFORE ORDERED: that within 30 days of the date of this Order, Jennifer Abbott shall refund the entire $225 paid by the Debtor in this case to the Debtor.

      IT IS FURTHER ORDERED: that if Ms. Abbott fails to refund the fees paid as required by this Order, the Debtor may file a letter with the Court. Upon receipt of such a letter, the Court will add interest and impose additional penalties against Ms. Abbott under 11 U.S.C. § 110(h)(4).

Dated: July 27, 2010

By the Court:

*Susan Kelley*
Susan V. Kelley
U.S. Bankruptcy Judge