## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re                                                        Chapter 7
Cydney G. Hubbard,                                           Case No.: 10-29785-svk
                            Debtor.

### Order to Show Cause as to why Jennifer Valente Abbott should not be Barred from preparing Bankruptcy Petitions and have Additional Sanctions Imposed

Upon review of the letter filed by the Debtor on September 7, 2010 and the entire file in this case,

IT IS THEREFORE ORDERED: that Jennifer Valente Abbott shall appear and show cause as to why she should not be barred from preparing bankruptcy petitions in this district and have additional sanctions imposed for failure to return the fee to Cydney G. Hubbard as ordered by the Court in an Order dated July 27, 2010 at a hearing on **September 27, 2010 at 1:00 p.m.** at the United States Courthouse, 517 East Wisconsin Avenue, Room 167, Milwaukee, Wisconsin.

IT IS FURTHER ORDERED: that failure of the petition preparer to appear at this hearing could result in fines and sanctions under 11 U.S.C. § 110(h)(5)

Dated: September 10, 2010

By the Court:

*Susan Kelley*

Susan V. Kelley
U.S. Bankruptcy Judge