UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re  
Cydney G. Hubbard,  
         Debtor.

Chapter 7  
Case No.: 10-29785-svk

**Order Barring Jennifer Valente Abbott from Preparing Bankruptcy Petitions**

On July 27, 2010, this Court ordered petition preparer Jennifer Valente Abbott to return her fees of $225 paid by the Debtor, Cydney G. Hubbard. Ms. Abbott failed to refund the fee as ordered, and a hearing was held on September 27, 2010, for Ms. Abbott to show cause as to why further sanctions should not be imposed. At the hearing, Ms. Abbott stated she does not have funds to refund the Debtor.

IT IS THEREFORE ORDERED: that Jennifer Valente Abbott shall be enjoined, prohibited, and forbidden from preparing bankruptcy petitions in this district until Ms. Abbott returns the entire fee of $225 to the Debtor, and until Ms. Abbott returns any other petition preparer's fee that a court has ordered to be refunded.

IT IS FURTHER ORDERED: failure of Ms. Abbott to comply with this Court Order will result in other fines and sanctions under 11 U.S.C. § 110(h)(5).

Dated: September 28, 2010

By the Court:

*Susan Kelley* (signature)  
Susan V. Kelley  
U.S. Bankruptcy Judge