Judge Susan V. Kelley,

I'm writing you today to ask you if you could reopen my chapter 7 case. The main reason is because the creditors are sending me letters now. (WE energies, ect.) I did however decide that I'm going to return my car to Toyota. They dont want to work with me as far as my past due payments. I understand that the re opening fee is $260.00 and I can handle that ok. Also, I havent herd anything from Jennifer Abbott concerning paying back the fees she owes me, so I have to take that as a loss. I do want to thank you for your patience ok. Take care.

Respectfully Yours,

Cydney Hubbard

Case # 10-29785-SVK

P.S. My new address is: 438 West College Ave. (lower) Waukesha, WI 53186 (as of July 1st 2010) Thanks

FILED-MAIL NOV 22 AM 10:54 USBC EASTERN BANKRUPTCY COURT DISTRICT OF