UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re                                           Chapter 7
Cydney G. Hubbard,                              Case No. 10-29785-svk
      Debtor

ORDER VACATING ORDER DISMISSING CASE
AND WAIVING THE FILING FEE

The Debtor's case was dismissed on October 21, 2010 for failure to pay the filing fee. The Debtor filed correspondence that the Court construes as a Motion to Vacate the Order of Dismissal. Upon review of the Debtor's correspondence and the entire file in this case, due to the Debtor's change in circumstances and the failure of petition preparer Jennifer Abbott to refund the petition preparation fees to the Debtor as ordered by the Court, good cause has been shown that the dismissal should be vacated and the filing fee for this case should be waived.

    IT IS THEREFORE ORDERED: that the Order dismissing the Debtor's case is vacated, and the Debtor's case is reinstated.

    IT IS FURTHER ORDERED: that the filing fee of $299 is waived.

    IT IS FURTHER ORDERED: that the upon the Debtor's filing of her Financial Management Course Certificate a discharge will be entered in this case.

Dated: November 23, 2010

                                        By the Court:

                                        Susan V. Kelley
                                        U.S. Bankruptcy Judge